IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. B-07-1121 |
| | § | |
| DANIEL RODRIGUEZ | § | |

ORDER

BE IT REMEMBERED on this 24th day of March, 2008, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed December 21, 2007, wherein the defendant Daniel Rodriguez waived appearance before this Court and appeared before the United States Magistrate Judge John Wm. Black for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Daniel Rodriguez to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted.  **The Court  finds the defendant Daniel Rodriguez guilty of the offense of knowingly and intentionally possessing with intent to distribute a quantity more than 5 kilograms of cocaine,  in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and  18 U.S.C. § 2.**

SIGNED this the 24th day of March, 2008.

Andrew S. Hanen
United States District Judge